# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 3, 2014

## NO. 03-13-00593-CV

**Bridgett Henties, Appellant**

**v.**

**James Schweppe, Administrator for the Estate of Michael L. Henties, Deceased, and Trustee of the Michael L. Henties Estate Trust, Appellee**

---

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE**
**AFFIRMED -- OPINION BY CHIEF JUSTICE JONES**

---

This is an appeal from the judgment signed by the trial court on June 3, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.